UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| MICHAEL ORLANDO EASLEY | ) |
| | ) No. 1:06-cv-105 |
| v. | ) *Collier* |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |

**MEMORANDUM**

Michael Orlando Easley ("Easley") filed a document to which he referred, in the style of the case, as a motion filed under 28 U.S.C. § 2241. However, he titled the document a motion to vacate sentence. Therefore, the Court was unable to determine the type of action Easley wished to pursue. On May 11, 2006, the Court directed the Clerk to send Easley the proper forms to file a motion pursuant to 28 U.S.C. § 2255 and ordered Easley to notify the Court, within thirty days from the date of the Order, whether he was filing a writ of habeas corpus pursuant to 28 U.S.C. § 2241 or a motion under 28 U.S.C. § 2255. Easley was further directed to complete the § 2255 form and file it within thirty days from the date of the order if he, in fact, wished to file a § 2255 motion (Court File No. 3). Therefore, Easley was required to notify the court of the type of action he intended to pursue and, if he wished to pursue a § 2255 motion, to return a sufficient motion on or before June 11, 2006.

Easley has failed to return a sufficient motion or file any type of response to the Court's order. Therefore, this action will be **DISMISSED** *sua sponte* for failure to comply with the orders of this Court. FED. R. CIV. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

An appropriate judgment will enter.

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**